**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 25-62418-CIV-SMITH**

JUAN CARLOS MARTINEZ,

      Plaintiff,

v.

SOUTH BROWARD HOSPITAL DISTRICT,

      Defendants.

_____/

## NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT

This matter is before the Court on the Parties' Joint Notice of Settlement [DE 35], indicating

the Parties have reached a settlement. Upon consideration, it is hereby

      **ORDERED** that:

1. The Plaintiff shall file all Stipulations of Dismissal in accordance with Federal Rule of

    Civil Procedure 41 by **August 27, 2026**.

2. All pending motions are **DENIED as Moot**.

3. This case is **CLOSED**.

      **DONE and ORDERED** in Fort Lauderdale, Florida, this 28th day of July, 2026.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record