**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.:  0:25-CV-62418-RS**

JUAN CARLOS MARTINEZ,

      Plaintiff,

v.

SOUTH BROWARD HOSPITAL DISTRICT
d/b/a MEMORIAL HEALTHCARE SYSTEM,

      Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

      Plaintiff, JUAN CARLOS MARTINEZ, and Defendant, SOUTH BROWARD HOSPITAL DISTRICT d/b/a MEMORIAL HEALTHCARE SYSTEM., by and through their undersigned counsel, hereby dismiss the above action with prejudice, with each party bearing their own attorneys' fees, costs, and disbursements, except as otherwise provided in the Parties' Settlement Agreement.

*By:*  */s/ Jacob K. Auerbach*
      Jacob K. Auerbach, Esq.
      Fla. Bar No.: 084003
      Email: jauerbach@gallup-law.com
      **GALLUP AUERBACH**
      4000 Hollywood Boulevard
      Presidential Circle-Suite 265 South
      Hollywood, Florida 33021
      Telephone: (954) 894-3035
      *Counsel for Plaintiff*

By:  */s/ Jenna Rinehart Rassif*
      Jenna Rinehart Rassif, Esq.
      Florida Bar No. 56855
      E-mail: jenna.rassif@jacksonlewis.com
      Jose R. Lopez-Varela, Esq.
      Florida Bar No. 1038745
      Email: jose.lopez-varela@jacksonlewis.com
      **JACKSON LEWIS P.C.**
      One Downtown, Suite 2300
      1 SE 3rd Avenue
      Miami FL 33131
      Telephone: (305) 577-7600
      *Counsel for Defendant*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 6, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   */s/ Jacob K. Auerbach*
Jacob K. Auerbach
Fla. Bar No.: 084003
*Counsel for Plaintiff*

2

**SERVICE LIST**
**CASE NO. 0:25-CV-62418-RS**
**MARTINEZ v. SOUTH BROWARD HOSPITAL DISTRICT,  d/b/a MEMORIAL**
**HEALTHCARE SYSTEM**


Jenna Rinehart Rassif, Esq.
Florida Bar No. 56855
E-mail: jenna.rassif@jacksonlewis.com

Jose R. Lopez-Varela, Esq.
Florida Bar No. 1038745
Email: jose.lopez-varela@jacksonlewis.com

JACKSON LEWIS P.C.
One Downtown, Suite 2300
1 SE 3rd Avenue
Miami FL 33131
Telephone: (305) 577-7600

*Counsel for Defendants*


*Via CM-ECF*

3